UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 12-81 RHK/JJG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER FOR DISMISSAL** |
| ) | **WITHOUT PREJUDICE** |
| INTERNATIONAL GYMNASTICS ) | |
| OF MINNESOTA, LLC and ) | |
| IRINA KIM, ) | |
| ) | |
| Defendants. ) | |

The court has been informed that defendant Irina Kim was granted a discharge from Chapter 7 bankruptcy.

IT IS HEREBY ORDERED that the action against Irina Kim is dismissed without prejudice and without costs to either party.

Dated: September 13, 2012                    s/Richard H. Kyle
                                              RICHARD KYLE
                                              United States District Judge